AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Southern District of New York

| | | |
|---|---|---|
| LIN CUI, individually and on behalf of all other persons similarly situated <br><br> *Plaintiff(s)* <br> v. <br> JDBN, LLC d/b/a DOMODOMO, JAE PARK, BRIAN KIM, jointly and severally, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-cv-3959 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRIAN KIM
138-140 W. Houston Street
New York, New York 10012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

POLAT LAW GROUP, PLLC
45 Broadway, 14th Floor
New York, New York 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/03/2019

/s/ D. Howie
*Signature of Clerk or Deputy Clerk*

